394 A.2d 620

First Federal Savings and Loan Association of
Philadelphia v. Delany (et al., Appellant).

Argued June 15, 1978.
Arsen Kashkashian, Jr., with him James W. Pearson, Jr., for
appellant; Warren J. Kauffman, for appellee, First Federal
Savings and Loan Association of Phila.

Order affirmed.

394 A.2d 621

Franco, Appellant, v. Atlantic Richfield Company.

Argued March 21,
1978. M. Resnick, with him Norman P. Zarwin, for
appellant; Richard E. LaFarge, for appellee.

OPINION PER CURIAM: Order vacated and case re-
manded for consideration in light of *Atlantic Richfield Co. v.
Razumic,* 480 Pa. 366, 390 A.2d 736 (1978).

WATKINS, former P. J., and HOFFMAN and SPAETH,
JJ., did not participate in the consideration or decision of
this case.